In the Matter of CANUTE HANSEN, Appellant, against
TEACHERS' RETIREMENT BOARD, Respondent.

(Argued April 24, 1933; decided May 23, 1933.)

*Solomon Traub* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly,
Willard S. Allen, William E. C. Mayer* and *Thomas W. A.
Crowe* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG,
O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.